# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BYRNES | ) |
| Plaintiff | ) |
| vs. | ) CIVIL ACTION NO:  2:11-cv-05454 |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| Defendant | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /s/ *Craig Thor Kimmel* | /s/ *Ross S. Enders* |
| Craig Thor Kimmel, Esquire | Ross S. Enders, Esquire |
| Kimmel & Silverman, P.C. | Sessions, Fishman, Nathan & Israel, LLP |
| 30 East Butler Pike | 200 Route 31 North |
| Ambler, PA 19002 | Suite 203 |
| Phone: (215) 540-8888 | Flemington, NJ 08822-5763 |
| Fax: (877) 788-2864 | Phone: (908) 751-5941 |
| Email: kimmel@creditlaw.com | Fax: (908) 751-5944 |
| | Email: rsenders@sessions-law.biz |
| Attorney for Plaintiff | Attorney for Defendant |
| DATED: December 28, 2011 | DATED: December 28, 2011 |

BY THE COURT:

_____

J.